# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-0307-ECR (RJJ) |
| TIFFANY BAUTISTA, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On July 8, 2010, defendant TIFFANY BAUTISTA pled guilty to a One-Count Criminal Information charging her in Count One with Conspiracy to Commit Mail Fraud in violation of Title 18, United States Code, Sections 1341 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Information.

This Court finds that TIFFANY BAUTISTA shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TIFFANY BAUTISTA a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this ___8___ day of ___July___, 2010.

_____
UNITED STATES DISTRICT JUDGE