UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:10-CR-307-LDG-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TIFFANY BAUTISTA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Third Amended Judgment in Criminal Case (#56) on September 29, 2014. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee:  Wells Fargo Home Mortgage
**Total Amount of Restitution Ordered:** $239,000.00

Dated this ___6th___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE